# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: 26mj1524

The person charged as Gregory John Curcio now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the **United States District Court for the District of Central California** with: 18 U.S.C 3148 Pretrial Release Violation.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 3/16/2026

Elias Mendoza (signature)

Elias Mendoza (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 3/16/26

(signature)

Christina Taylor (print)
Assistant United States Attorney

RECEIVED USMS-LA
03/13/2026
FID: 11865458
USMS: 31166-506

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs<br>Gregory John Curcio<br>Defendant(s) | CASE NUMBER:<br>2:25-CR-00811-MWC-1<br><br>**WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Gregory John Curcio and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint ☐ Indictment ☐ Information ☒ Order of Court ☐ Violation Petition

☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

in violation of Title 18 United States Code, Section(s) 3148

| | |
|---|---|
| Brian D Karth<br>NAME OF ISSUING OFFICER<br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br>T. Jackson<br>SIGNATURE OF DEPUTY CLERK<br>T. Jackson | March 11, 2026, at Los Angeles, California<br>DATE AND LOCATION OF ISSUANCE<br>By:<br>NAME OF JUDICIAL OFFICER<br>Hon. Michelle Williams Court, United States District Judge |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

PS 8
(Rev. 1/19)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
03/11/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: TJ DEPUTY

U.S.A. VS. Gregory John Curcio

Docket No.: 2:25-CR-00811-MWC-1

**Petition for Action on Conditions of Pretrial Release (Warrant Request)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Gregory John Curcio, who was placed under pretrial release supervision by the Honorable MICHELLE WILLIAMS COURT, sitting in the Court at Los Angeles, California, on the 31st day of October, 2025, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a Bench Warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Gregory John Curcio before the United States District Court at Los Angeles, California, to show cause why his bond should not be revoked.

ORDER OF COURT

Considered and ordered this 11 day of March, 2026 and ordered filed and made a part of the records in the above case.

United States District Judge
HONORABLE MICHELLE WILLIAMS COURT

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on March 11, 2026

TEDDY CHA
U.S. Probation & Pretrial Services Officer
Place: Santa Ana, California

U.S.A. VS Gregory John Curcio
Docket No 2:25-CR-00811-MWC-1

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. Having been ordered by the Court to refrain from using social platforms, including but not limited to Facebook, Instagram, Snaphcat, Meta, Nextdoor, Reddit, and Twitter, on or about March 5, 2026, the defendant used a social media account (X).

2. Having been ordered by the Court to reside as approved by the Supervising Agency and do not relocate without prior permission, on March 10, 2026, the defendant changed his residence and his whereabouts are unknown.

3. Having been ordered by the Court not to travel outside of the Central District of California unless prior permission is granted by Supervising Agency to travel to a specific other location, on March 10, 2026, the defendant traveled to the Southern District of California in Oceanside without permission.

4. Having been ordered by the Court to participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, on March 10, 2026, the defendant removed his GPS ankle monitor without authorization and his whereabouts are unknown.